NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1168

RANDALL B. CARTER,

Plaintiff-Appellant,

v.

ALK HOLDINGS, INC. (doing business as ACME Security)
and MICHAEL D. HASSEBROCK,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Georgia in 1:06-CV-2080, Chief Judge Jack T. Camp.

ON MOTION

Before RADER, Circuit Judge.

ORDER

ALK Holdings, Inc. et al. move for sanctions. Randall B. Carter opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel that is assigned to hear the case. A copy of this order and the motions papers shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

NOV 0 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Robert M Ward, Esq.
     Elizabeth G. Borland, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK